**STATE v. GRAY**

[368 N.C. 324 (2015)]

STATE OF NORTH CAROLINA
v.
ANTONIO NEAL GRAY

No. 237PA14

Filed 25 September 2015

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 758 S.E.2d 699 (2014), finding no error after appeal from judgments entered on 5 April 2013 by Judge G. Wayne Abernathy in Superior Court, Wake County. Heard in the Supreme Court on 31 August 2015.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State.*

*Rudolph A. Ashton, III and Charles J. Cushman for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.